No. 66953.—Verona Dyestuffs *v.* United States, protests 60/23089 and 60/28157 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise is a product chiefly used as an assistant in preparing or finishing textiles and is similar in all material respects to that the subject of Abstract 64647, the claim of the plaintiff was sustained.

No. 66954.—Martin Freeman Co., Inc. *v.* United States, protests 59/20179(A), 59/23165(B), and 58/3895(B) (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron wall ornaments similar in all material respects to those the subject of *Hensel, Bruckmann & Lorbacher, Inc.* v. *United States* (47 Cust. Ct. 112, C.D. 2289), the claim of the plaintiff was sustained.